# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| SHEILA NELSON-COLE, | : No. 18 EM 2023 |
| Petitioner | : |
| v. | : |
| BANK OF AMERICA, LOUELLA GRAY AND CHRISTINE SHUR, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.